**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FILED
IN OPEN COURT

FEB 1 3 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MARTHA OWEN,                         )
                                     )
              Plaintiff,             )
                                     )
v.                                   )     Civil Action No. 3:19cv225–HEH
                                     )
RUTHERFORD SUPPLY CORP.,             )
                                     )
              Defendant.             )

## VERDICT FORM

### COUNT ONE

As to Martha Owen's claim of sexually hostile work environment as stated in Count One of the Complaint, we find in favor of (check one):

[✓] Martha Owen

[ ] Rutherford Supply Corporation

Note:  Complete the damages portion below only if the above finding is in favor of

Martha Owen.  If the above finding is in favor of Rutherford Supply Corporation,

proceed to Count Two because you have completed your deliberation on this claim.

We find Martha Owen's compensatory damages to be:

$125,000 (stating the amount or "none")

We find Martha Owen's punitive damages to be:

$125,000 (stating the amount or "none")

## COUNT TWO

As to Martha Owen's claim of retaliation as stated in Count Two of the Complaint, we find in favor of (check one):

[✓] Martha Owen

[ ] Rutherford Supply Corporation

Note:  Complete the damages portion below only if the above finding is in favor of

Martha Owen.  If the above finding is in favor of Rutherford Supply Corporation,

proceed to Count Three because you have completed your deliberation on this claim.

We find Martha Owen's compensatory damages to be:

$ _50,000_ (stating the amount or "none")

We find Martha Owen's punitive damages to be:

$ _25,000_ (stating the amount or "none")

## COUNT THREE

As to Martha Owen's claim of assault and battery as stated in Count Three of the Complaint, we find in favor of (check one):

[✓] Martha Owen

[ ] Rutherford Supply Corporation

Note:  Complete the damages portion below only if the above finding is in favor of

Martha Owen.  If the above finding is in favor of Rutherford Supply Corporation,

proceed to Count Four because you have completed your deliberation on this claim.

We find Martha Owen's compensatory damages to be:

$ _25,000_ (stating the amount or "none")

We find Martha Owen's punitive damages to be:

$ _None_ ¢_ (stating the amount or "none")

## COUNT FOUR

As to Martha Owen's claim of gender discrimination as stated in Count Four of the Complaint, we find in favor of (check one):

[ ] Martha Owen

[✓] Rutherford Supply Corporation

Note:  Complete the damages portion below only if the above finding is in favor of

Martha Owen.  If the above finding is in favor of Rutherford Supply Corporation, you

have completed your deliberation on this claim.

We find Martha Owen's damages to be:

We find Martha Owen's compensatory damages to be:

$ _None_ ¢_ (stating the amount or "none")

We find Martha Owen's punitive damages to be:

$ _None_ ¢_ (stating the amount or "none")


Please have your foreperson sign and date this form.


So Say We All, this 13th day of February 2020.

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office
_____
Foreperson

3