IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARTHA OWEN, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 3:19cv225–HEH |
| RUTHERFORD SUPPLY CORP., | ) ) ) |
|       Defendant. | ) |

**ORDER**
(Disposition of Post-Trial Motions and Related Matters)

THIS MATTER is before the Court on several post-trial Motions. Following a three-day trial in which a jury returned a verdict for Plaintiff Martha Owen ("Plaintiff") on three of four counts, Plaintiff filed a Motion for Attorneys' Fees (ECF No. 73), and Defendant Rutherford Supply Corporation ("Defendant") filed a Motion for Application of the Statutory Damages Cap (ECF No. 77), as well as a Motion for Judgment as a Matter of Law (ECF No. 75). For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion for Attorneys' Fees is GRANTED IN PART, Defendant's Motion for Application of the Statutory Damages Cap is GRANTED, and Defendant's Motion for Judgment as a Matter of Law is DENIED.

Judgment is HEREBY ENTERED in favor of Plaintiff, itemized as follows: (1) $133,017.28 in back pay, plus pre-judgment interest; (2) $83,280.42 in front pay; and (3) 475,000.00 in attorneys' fees. The sum of Plaintiff's awards will be subject to statutory post-judgment interest pursuant to 28 U.S.C. § 1961.

This case is CLOSED. The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

                                                           /s/
                                      Henry E. Hudson
                                      Senior United States District Judge

Date: July 16, 2020
Richmond, Virginia