IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARTHA OWEN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RUTHERFORD SUPPLY CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 3:19-cv-225 |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment in the above action was entered on July 16, 2020, in favor of Martha Owen and against Rutherford Supply Corporation in the amount of: (1) $50,000 for the claims under Title VII (Counts One and Two); (2) $25,000.00 under Count Three (assault and battery); (3) $133,017.28 in back pay, plus pre-judgment interest; (4) $83,280.42 in front pay; and (5) $475,000.00 in attorneys' fees, and WHEREAS costs in the amount of $5,774.68 were taxed against Rutherford Supply Corporation on September 4, 2020, and WHEREAS said judgment and all interest and costs thereon have been fully paid and it is hereby certified that there are no outstanding executions with any sheriff or marshall.

THEREFORE, full and complete satisfaction of said judgment and all interest and costs is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 9/21/2020

1

Respectfully submitted,

By: /s/ Joseph J. Traficanti
Of counsel

Joseph J. Traficanti, Esquire
Virginia Bar Number 36993
Attorney for Martha Owen
Celsius GC, PLC
1802 Bayberry Court, Suite 301
Richmond, VA 23226
Telephone: (804) 380-5002
E-mail: jtraficanti@celsiusgc.com


COMMONWEALTH OF VIRGINIA

COUNTY OF HENRICO, to wit:

On the 21st day of September, 2020, before me personally came ~~James~~ Joseph J. Traficanti, to me known and known to be a member of the firm of CelsiusGC, PLC, attorneys for Martha Owen in the above-styled action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed same.

_____
Notary Public

My Commission Expires: 6/30/24

Commission Number: 7512479

Joseph Matthew Berkle
Commonwealth of Virginia
Notary Public
Commission No. 7512479
My Commission Expires 6/30/2024

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David D. Hopper, Esquire
>Timothy S. Feehan, Esquire
>Cook, Heyward, Lee, Hopper & Feehan, P.C.
>4551 Cox Road, Suite 210
>P. O. Box 3059
>Glen Allen, VA 23058
>E-mail:   ddhopper@chlhf.com
>          feehan@chlhf.com


>/s/ Joseph J. Traficanti
>
>Joseph J. Traficanti, Esquire
>Virginia Bar Number 36993
>Attorney for Martha Owen
>Celsius GC, PLC
>1802 Bayberry Court, Suite 301
>Richmond, Virginia 23226
>Telephone:   (804) 380-5002
>E-mail:      jtraficanti@celsiusgc.com

3